**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Carmine Micolo, | NO. CV14-02649-PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pinal, Pinal County Sheriff's Office, and Sergeant Stacy Sherwood, | |
| Defendants. | |

Defendants have filed a status report advising the Court that Plaintiff pled guilty to resisting arrest and was sentenced on November 30, 2015. Doc. 45. Because Plaintiff's criminal case has concluded, the Court will lift the stay previously imposed. *See* Doc. 38.

Just before the stay was imposed, Plaintiff filed a motion to amend. Doc. 36. The motion will be denied because Plaintiff failed to comply with Local Rule of Civil Procedure 15.1.

Defendants' status report states that they will be filing a motion to dismiss in light of Plaintiff's conviction and the Supreme Court's holding in *Heck v. Humphrey*, 512 U.S. 477, 487 (1994). Defendants shall file the motion to dismiss by **December 31, 2015**. Plaintiff shall file a response by **January 15, 2016**. Defendants shall file a reply by **January 22, 2016**.

**IT IS ORDERED** that Plaintiff's Motion to Add Defendant and Amend Complaint (Doc. 36) is **denied**.

Dated this 16th day of December, 2015.

_____
David G. Campbell
United States District Judge