**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Carmine Micolo, | No. CV-14-02649-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pinal, et al., | |
| Defendants. | |

Pursuant to the Court's February 16, 2016 order (Doc. 56), Plaintiff Michael Micolo filed an amended complaint on March 11, 2016. Docs. 59; 60. The Court has reviewed the amended complaint and determined that it must be dismissed. The Court will, once again, grant Plaintiff leave to amend his complaint with respect to the claim for excessive force relating to officers' conduct after the arrest.

Plaintiff has again failed to allege sufficient factual detail to state an excessive force claim relating to the arresting officers' conduct after the arrest. Although Plaintiff did include some additional factual detail, the addition that he "was placed on his back causing injuries to his arms and legs," which "made it hard to breath[e]," remains insufficient to state a claim for relief that is plausible on its face. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). If Plaintiff chooses to file a second amended complaint, he is directed to the Court's guidance in its prior order. *See* Doc. 56 at 5-6.

1    Plaintiff's amended complaint includes a claim for malicious prosecution.

2   Plaintiff's malicious prosecution claim is barred by *Heck v. Humphrey*, 512 U.S. 477,

3   486-87 (1994).  *See* Doc. 56 at 3-5.  Under *Heck*, before Plaintiff may seek to recover

4   damages under 42 U.S.C. § 1983 for malicious prosecution, he must first show that his

5   conviction or sentence has been invalidated by a state or federal court.  *Id.*  Absent such a

6   showing, Plaintiff may not include a malicious prosecution claim in his second amended

7   complaint.

8    Plaintiff included claims against Pinal County as well as state law claims in his

9   amended complaint.  *See* Doc. 60.  The Court previously dismissed Defendant Pinal

10   County and all state law claims.  Doc. 24.  Plaintiff therefore may not include claims

11   against Pinal County or state claims in its second amended complaint.

12    **IT IS ORDERED**:

13    1.    Plaintiff's motion to amend (Doc. 59) is **granted**.

14    2.    Plaintiff's amended complaint (Doc. 60) is **dismissed without prejudice**.

15     Plaintiff may file a second amended complaint by **April 15, 2016**.  If

16     Plaintiff fails to file a second amended complaint by that date, the Clerk is

17     directed to terminate this matter without further order of the Court.

18    Dated this 22nd day of March, 2016.

19

20

21

22   David G. Campbell
     United States District Judge

23

24

25

26

27

28